```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 25992
   REYNALDO GONZALEZ
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6836

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 07/13/2004 and was confirmed 09/22/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  32.17%.

     The case was paid in full 07/14/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
ECAST SETTLEMENT CORP   UNSECURED OTH    2674.43            .00          891.10
ECAST SETTLEMENT CORP   SECURED NOT I    1140.00            .00             .00
FIRST MIDWEST BANK      SECURED         11783.58        1479.47        11783.58
FIRST MIDWEST BANK      UNSECURED     NOT FILED            .00             .00
NATIONAL CITY MORTGAGE  CURRENT MORTG   68773.70            .00        68773.70
NATIONAL CITY MORTGAGE  MORTGAGE ARRE    6254.00            .00         6254.00
CAPITAL ONE BANK        UNSECURED OTH    8096.64            .00         2638.33
CAPITAL ONE BANK        UNSECURED OTH    1019.42            .00          332.18
CAPITAL ONE BANK        UNSECURED OTH    1318.33            .00          429.58
HOME DEPOT CREDIT SERVIC UNSECURED    NOT FILED            .00             .00
HOUSEHOLD FINANCE CORP  UNSECURED OTH    2778.82            .00          905.49
KOHLS                   UNSECURED OTH     348.50            .00          103.38
LAGRANGE MEDICAL        UNSECURED     NOT FILED            .00             .00
PETER FRANCIS GERACI    DEBTOR ATTY      2,100.00                      2,100.00
TOM VAUGHN              TRUSTEE                                        5,868.69
DEBTOR REFUND           REFUND                                         1,235.61

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                102,795.11

PRIORITY                                        .00
SECURED                                   86,811.28
    INTEREST                               1,479.47
UNSECURED                                  5,300.06
ADMINISTRATIVE                             2,100.00
TRUSTEE COMPENSATION                       5,868.69
DEBTOR REFUND                              1,235.61
                       ---------------    ---------------
TOTALS                 102,795.11         102,795.11

             PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 25992 REYNALDO GONZALEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |